[No. 67425-1-I. Division One. April 16, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID S. SOLOMONA, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 11-1-01460-2, Jay V. White, J., entered July 8, 2011. *Reversed* and *remanded* by unpublished per curiam opinion.

[No. 67660-1-I. Division One. April 16, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. SEAN PATRICK RYAN, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 07-1-04102-0, James R. Orlando, J., entered November 6, 2009. *Affirmed in part* and *remanded* by unpublished opinion per Grosse, J., concurred in by Becker and Lau, JJ.

[No. 29598-2-III. Division Three. April 17, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. RONALD LYNDSEY BUTLER, *Appellant*.

Appeal from a judgment of the Superior Court for Franklin County, No. 07-1-50417-5, Carrie L. Runge, J., entered January 5, 2011. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Korsmo, C.J., and Brown, J.

[No. 30490-6-III. Division Three. April 17, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. ALONZO LAMAR BRADLEY, SR., *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 09-1-04682-6, Bryan E. Chushcoff, J., entered December 8, 2010. *Affirmed* by unpublished opinion per Korsmo, C.J., concurred in by Sweeney and Siddoway, JJ.